UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62199-CIV-ZLOCH

TOM C. DERINGTON,

       Plaintiff,

vs.                                **FINAL ORDER OF DISMISSAL**

BELMAR DEVELOPMENT ASSOCIATES, LLC,
a Florida Limited Liability Company,
EHOF II HOLDINGS (A), L.P., a
Delaware limited partnership, ENCORE
HOUSING OPPORTUNITY FUND II GENERAL
PARTNER, LLC, a Delaware limited
liability company not authorized
to do business in Florida, TOWER
2, LLC, a Delaware limited liability
company, and ROYAL PALM COMPANIES,
LLC, a South Dakota limited
liability company,

       Defendants.
_____/

       THIS MATTER is before the Court upon the Plaintiff Tom C. Derington's Notice Of Voluntary Dismissal Without Prejudice (DE 11).  The Court has carefully reviewed said Notice and the entire court file and is otherwise fully advised in the premises.

       Accordingly, after due consideration, it is

       **ORDERED AND ADJUDGED** as follows:

       1.   The Defendant's Notice Of Voluntary Dismissal Without Prejudice (DE 11) be and the same is hereby approved, adopted and ratified by the Court;

       2.   The above-styled cause be and the same is hereby

**DISMISSED** without prejudice; and

3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____12th____ day of October, 2016.

```
                             /s/ William J. Zloch
                             WILLIAM J. ZLOCH
                             United States District Judge
```

Copies furnished:
All Counsel of Record

2